

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| RUDY ABARCA, | § | No. 08-19-00038-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04057) |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion to supplement the reporter's record with the Motion to Suppress Identification hearing conducted on September 28, 2017. The motion is GRANTED. The supplemental reporter's record is due to be filed no later than **October 3, 2019**.

Further, the Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **October 14, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alexandria Serra, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 14, 2019.

IT IS SO ORDERED this 18th day of September, 2019.

PER CURIAM